SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Steven J. Daroci
55 Challenger Road
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100

Attorneys for Plaintiff
County of Monmouth, New Jersey

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COUNTY OF MONMOUTH, NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, ET AL.,<br><br>Defendants. | Case No. 3:23-cv-03916.<br><br><br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Steven J. Daroci of Seeger Weiss LLP hereby enters his appearance as counsel on behalf of Plaintiff County of Monmouth, New Jersey in the above-captioned matter.

Dated: July 21, 2023            Respectfully submitted,

                                                   *s/ Steven J. Daroci*
                                                  Steven J. Daroci
                                                  sdaroci@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, I caused the Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

<u>s/Steven J. Daroci</u><br>Steven J. Daroci